**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000141**
**29-JUN-2017**
**08:29 AM**

NO. CAAP-17-0000141

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR TRUSTEE
TO BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO
LASALLE BANK N.A. AS TRUSTEE FOR WASHINGTON MUTUAL PASS THROUGH
CERTIFICATES WMALT SERIES 2007-0A2,
Plaintiff-Appellee,
v.
JOSE VILLON, SR., and DOMINGA M. VILLON,
Defendants-Appellants,
and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
SOLELY AS NOMINEE FOR FREMONT INVESTMENT & LOAN;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
SOLELY AS NOMINEE FOR LOAN LINK FINANCIAL SERVICES;
CHILD SUPPORT ENFORCEMENT AGENCY, Defendants-Appellees,
and
JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50;
DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and
DOE GOVERNMENTAL UNITS 1-50, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 16-1-0282(2))

ORDER DISMISSING APPEAL
(By: Fujise, Presiding Judge, Leonard and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On March 8, 2017, Defendants-Appellants Jose .
Villon, Sr. and Dominga M. Villon (Appellants), pro se, filed a
notice of appeal;

(2) On May 1, 2017, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before May 11, 2017, and June 13, 2017, respectively;

(3) Appellants did not file either document, or request an extension of time;

(4) On June 16, 2017, the appellate clerk notified Appellants that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on June 26, 2017, for appropriate action, which could include dismissal of the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Appellants may request relief from default by motion; and

(5) Appellants took no further action in the appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, June 29, 2017.

Presiding Judge

Associate Judge

Associate Judge

2